IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID SIEG, A Minor, By His Parent** | : | **CIVIL ACTION** |
| **and Guardian, BARBARA SIEG,** *et al*, | : | |
| **Plaintiffs** | : | **NO. 02-CV-3576** |
| | : | |
| **vs.** | : | |
| | : | |
| **THE EXETER TOWNSHIP SCHOOL** | : | |
| **DISTRICT,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 1st day of October, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on November 19, 2002, at 10:00 a. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,          J.